UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CR-20098-HUCK-MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES EARL JOHNSON,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 31], which was issued on May 2, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, James Earl Johnson, be found to have freely and voluntarily entered a plea of guilty to the crime charged in the Indictment. [D.E. 1]. The Indictment charges the Defendant with possession with the intent to distribute a controlled substance — specifically, crack cocaine, cocaine, and marijuana — in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), 841(b)(1)(C), and 841(b)(1)(D). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded an opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 31] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and the Defendant is adjudged guilty of possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), 841(b)(1)(C), and 841(b)(1)(D). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400

North Miami Ave., 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, July 28, 2017, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida this 18th day of May, 2017.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Copies Furnished To:

All Counsel of Record